# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No. 1:CR-06-150-02 |
| ) | (Judge Conner) |
| v.  ) | |
| ) | |
| **HENRY CASTILLO** ) | |

FILED
HARRISBURG
MAY 0 2 2007
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

## ORDER

**AND NOW** this 2nd day of May 2007, upon consideration of the government's Motion to Amend Caption,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The caption of this case will be corrected to reflect the defendant's true identity and be captioned United States of America v. Francis Kencil Reyes.

CHRISTOPHER C. CONNER
UNITED STATES DISTRICT JUDGE