**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1-06-CR-0150** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **FRANCIS KENCIL REYES** | : | |

# **ORDER**

AND NOW, this 18th day of July, 2008, upon consideration of the motion for a certificate of appealability (Doc. 147), and it appearing that the court previously denied a certificate of appealability in the memorandum and order of court dated June 19, 2008 (see Doc. 145), it is hereby ORDERED that the motion for a certificate of appealability (Doc. 147) is DENIED. See 28 U.S.C. § 2253.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge