# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0150** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **FRANCIS K. REYES** | : | |

## **ORDER**

AND NOW, this 23rd day of February, 2010, upon consideration of defendant's second motion (Doc. 159) requesting reconsideration of the judgment in the above-captioned case pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure,[1] and it appearing that defendant has raised these arguments once before, (see Doc. 153), and that they were rejected by the order of court (Doc. 156) dated January 15, 2010, and for the reasons stated in the court's January 15, 2010 order, it is hereby ORDERED that the motion (Doc. 159) for reconsideration is DENIED.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge

---

[1] Defendant filed an identical motion containing identical averments on November 20, 2009. (See Doc. 153.)